No. 04–1152. RUMSFELD, SECRETARY OF DEFENSE, ET AL. *v.* FORUM FOR ACADEMIC & INSTITUTIONAL RIGHTS, INC., ET AL. C. A. 3d Cir. [Certiorari granted, 544 U. S. 1017.] Motion of

American Civil Rights Union for leave to file a brief as *amicus curiae* granted.